# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America )<br>v. )<br>Andy Aviles-Ortiz, )<br>Luis Alberto Gonzalez Rodriguez, )<br>Brandy Ortiz, )<br>Cordero Apolinar Almonte, )<br>) | Case No.  3:24-mj-225 |

*Defendant(s)*

**SEALED**

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 9/22/24 and 10/15/24, in the county of Douglas and Marion in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 846 | Possession with the Intent to Distribute 500 grams or more of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance.<br><br>Conspiracy to Distribute 500 grams or more of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit of Drug Enforcement Administration (DEA) Special Agent Todd Hoagland.

☑ Continued on the attached sheet.

/s/ Todd Hoagland By Phone
*Complainant's signature*

Todd Hoagland, Special Agent, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 10:44 am a.m./p.m.

Date: October 16, 2024

*Youlee Yim You*
*Judge's signature*

City and state: Portland, Oregon          Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*