NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**BRYAN CHINWUBA, OSB #6323733**
Assistant United States Attorney
Bryan.Chinwuba@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDY AVILES-ORTIZ,<br>LUIS ALBERTO GONZALEZ RODRIGUEZ,<br>BRANDY ORTIZ,<br>CORDERO APOLINAR ALMONTE,<br><br>         Defendants. | 3:24-mj-__225_____<br><br>MOTION TO SEAL CRIMINAL COMPLAINT, AFFIDAVIT IN SUPPORT OF COMPLAINT, AND ARREST WARRANTS<br><br>UNDER SEAL |

The United States of America, by Natalie K. Wight, United States Attorney for the District of Oregon, and Bryan Chinwuba, Assistant United States Attorney, moves the Court for an order sealing the Complaint and Affidavit in support of the Complaint, the Arrest Warrants, and this motion and subsequent Order, for the reason that disclosure of the information may cause:

//

//

//

**Motion to Seal Criminal Complaint, Affidavit in Support**      **Page 1**
**of Complaint, and Arrest Warrants**

destruction of or tampering with evidence, cause intimidation of potential witnesses, cause the defendant's flight from prosecution, and jeopardize any continued investigation through future interviews.

Dated: October 16, 2024

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

_/s/ Bryan Chinwuba_____
BRYAN CHINWUBA, ILSB #6323733
Assistant United States Attorney